**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ROBOTICS CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No. 1:12-cv-01336-SLR<br><br>JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL OF U.S. ROBOTICS CORPORATION
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims between Plaintiff Telecomm Innovations, LLC and Defendant U.S. Robotics Corporation. ("U.S. Robotics") in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  March 22, 2012.　　　　　　　　　　　Respectfully submitted,

/s/ *Richard C. Weinblatt*　　　　　　　　　　/s/ *Kenneth L. Dorsney*
Stamatios Stamoulis (DE Bar No. 4606)　　　Kenneth L. Dorsney (DE Bar No. 3726)
stamoulis@swdelaw.com　　　　　　　　　　kdorsney@morrisjames.com
Richard C. Weinblatt (DE Bar No. 5080)　　MORRIS JAMES LLP
weinblatt@swdelaw.com　　　　　　　　　　500 Delaware Avenue, Suite 1500
STAMOULIS & WEINBLATT LLC　　　　　　Wilmington, DE 19801
Two Fox Point Centre　　　　　　　　　　　(302) 888-6800
6 Denny Road, Suite 307
Wilmington, DE 19809　　　　　　　　　　　*Attorney for Defendant*
(302) 999-1540　　　　　　　　　　　　　　*U.S. Robotics Corporation*

*Attorneys for Plaintiff*
*Telecomm Innovations, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Richard C. Weinblatt
Richard C. Weinblatt #5080